

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00200-CR

EX PARTE MOHAMMAD RASHID SALIM

§    On Appeal from the 432nd District Court

§    of Tarrant County

§    (C-432-W011268-1487220-AP,

§    C-432-W011462-1487220-BP)

§    January 16, 2020

§    Opinion by Justice Wallach

§    (nfp)

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was no error in the trial court's orders. It is ordered that the trial court's April 16, 2019 order on Application Three, filed February 14, 2019 and supplemented April 1, 2019, granting the out-of-time appeal of the denial of relief on Application One, filed

March 13, 2018, and the June 27, 2018 order denying relief on Application One are affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach